HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

# CLINICAL RECORD

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 92329 | 4-13-60 |

INMATE NAME (LAST, FIRST, INITIAL): Whitely, Vincent
SEX: (M) F
RACE/ETHNIC: B (W) H O
FACILITY: GCI

| DATE/TIME | |
|---|---|
| 6/15/01 MH 6p | S: Inmate stated that ē his current medication he is stable but feeling "no life" + more sensitive, stated "Good things are no flavor". O: Appeared in good spirits, polite, + relevant. A: Stable, able to verbalize needs appropriately. P: Continue med. regimen, MH contact + access as needed. — dBautista RN nurse clinician |
| 7/16/01 MH N.C | S: Inmate seen for MH contact + per his request. Stated wants to see a Psychiatrist because of his current medications which is not working. He is not manicky but he has problems getting irritated easily. He sleeps few minutes only wakes up, not sleeping well, having a lot of anxiety attacks, cause of these not specific. Also having headaches from being so stressed out. O: Alert, relevant + appropriate, no hallucination, no thought disorder. A: Anxiety, restlessness P: will refer to Psychiatrist, MH contact + may access MH as needed. — dBautista RN, n.c. |
| 7/18/01 | Psychiatry: S - "I will probably be transferred to a Federal prison." "I'm not manic or depressed but I get irritable, stressed & anxious & easily snapped." "I take the Wistaril but it doesn't work." O - Pleasant & friendly. Speech not pressured. Speech was coherent & relevant. Able to carry on a meaningful conversation. A - Euthymic mood although complaining of unstable mood & anxiety. No auditory/visual hallucinations. No delusions elicited. Denied any S.I./H.I. No adverse side effects from the med. P - will try Ativan 1 mg po ā 8 hr prn to ↓ anxiety/irritability. Will start on buspar to control anxiety. Will continue ē other med. Re-evaluate in 1 month. ——— [signature] |