```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA    :    CRIMINAL NO. 3:00CR115(JCH)
                            :    CIVIL NO.    3:03CV159(JCH)
                            :
                            :    SEPTEMBER 30, 2005
        v.                  :
                            :
VINCENT WHITELEY            :
```

**MOTION FOR EXTENSION OF TIME NUNC PRO TUNC**

On June 8, 2001, the Court sentenced Vincent Whiteley (the "defendant") to 96 months of imprisonment after he pleaded guilty to violating 18 U.S.C. § 1029 (fraud in connection with an access device). On June 13, 2001, the Court entered judgment.

The defendant filed notice of appeal on June 15, 2001. The Second Circuit affirmed the defendant's sentence on January 29, 2002 and issued a mandate on February 20, 2002.

On January 23, 2003, the defendant filed a petition pursuant to 28 U.S.C. § 2255. On July 10, 2003, the Government responded to the defendant's original petition.

The Court subsequently appointed Peter Truebner, Esq., as counsel for the defendant.

On May 9, 2005, the Court issued a ruling denying the defendant's petition. On May 27, 2005, the defendant filed a motion for reconsideration of the Court's ruling. On July 25, the Court orally granted the defendant's motion for reconsideration and established a scheduling order requiring the Government to file a response no later than September 28, 2005 to any pleading filed by the defendant.

On September 1, 2005, the defendant filed a motion to vacate sentence. It principally challenges trial counsel's failure to seek a downward departure based on the defendant's alleged mental condition as well as the District Court's computation of his criminal history.

The Government currently intends to obtain from trial counsel affidavits in response to the defendant's assertions. The Government's receipt of the affidavits likely will be delayed as a result of the celebration of Rosh Hashanah beginning on October 3, 2005. The Government also mistakenly believed that its deadline to respond to the defendant's petition was October 5, 2004, the date scheduled for a telephone status conference in this matter.

Accordingly, the Government respectfully requests an extension of time until October 7, 2005 to respond to the defendant's petition. The Government telephoned Mr. Truebner, Esq., but was unable to speak to him about the Government's request.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY

    JAMES J. FINNERTY
    ASSISTANT UNITED STATES ATTORNEY
    United States Attorney's Office
    United States Courthouse
    915 Lafayette Boulevard
    Bridgeport, CT 06604
    Tel: (203) 696-3000
    Federal Bar No. CT15203

**CERTIFICATION OF SERVICE**

    This is to certify that a copy of the foregoing has been forwarded via facsimile and First Class Mail, postage prepaid, on September 30, 2005 to:

Peter L. Truebner, Esq.
Suite 206
111 Prospect Street
Stamford, Connecticut 06901


                              JAMES J. FINNERTY
                              ASSISTANT UNITED STATES ATTORNEY