UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 DEC -2  A 11: 54

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES OF AMERICA,
            Plaintiff

v.                                              CRIM NO. 3:00CR115(JCH)

VINCENT WHITELEY
            Defendant

## DEFENDANT'S MOTION TO CONTINUE HEARING

VINCENT WHITELEY, defendant in the above-captioned action, respectfully moves for an order continuing the hearing on his Motion to Vacate his Sentence scheduled for December 20, 2005 to a later date because his attorney is unavailable on that date due to plans for a family ski vacation in Colorado over the Christmas holidays. Although counsel will be returning to Connecticut on December 26, additional time is needed to prepare for the hearing and to arrange for witnesses. Counsel suggests that the hearing be scheduled for the last two weeks of January 2006 or at such other time as is convenient for the Court. The Government has no objection to this request.

Dated:    December 1, 2005
          Stamford, CT

                                        THE DEFENDANT,
                                        VINCENT WHITELEY

                            By:    _____
                                   Peter L. Truebner
                                   100 Prospect Street (South Tower)
                                   Stamford, CT  06901
                                   (203) 323-4540
                                   Counsel for Defendant

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing Motion was mailed postage prepaid, James J. Finnerty, Esq., Assistant United States Attorney, United States Courthouse, 915 Layfayette Blvd, Bridgeport, Connecticut 06604 on the 1st day of December 2005.

_____
Peter L. Truebner