UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. |
| v. : | 3-00-cr-115 (JCH) |
| : | |
| VINCENT WHITELEY : | DECEMBER 12, 2005 |

## ORDER

The Clerk is directed to docket the attached received from Vincent Whiteley in chambers on December 7, 2005. The court has not read the attached. The court notes that it appointed counsel for Mr. Whiteley's benefit and assumes that Mr. Whiteley continues to desire to be represented by counsel, and that counsel desires to continue to represent him. The court presumes that counsel will utilize whatever information is contained in the attached, which counsel determines, based upon his strategic judgment, is most helpful to his client.

Defense counsel is ordered to serve a copy upon the government.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 12th day of December, 2005.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge