# United States District Court

DISTRICT OF CONNECTICUT

FILED
2006 FEB -2 P 4:24

USA
v.
WHITELY

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:00CR115JCH

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| HALL | J. FINNERTY | P. TRUBNER |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 1-31-06 | FIDANZA | BOROSKE |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1-31-06 | | ✓ | petition to modify stipulation |
| | ✓ | " | | | Audrey Felsen - 1200 Summer Street - Stamford CT |
| 2 | | " | | ✓ | page of transcript |
| | ✓ | " | | | Dr. Cecelio Vergil DeVidos - Waterbury Mental Health |
| 3 | | " | | | initial psych evaluation |
| | ✓ | " | | | Bruce Koffsky - 1200 Summer Street - Stamford CT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ___ Pages