FORM 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2006 FEB 17 P 12:08
U.S. DISTRICT COURT
BRIDGEPORT, CONN

VINCENT WHITELEY

    Petitioner

v.

UNITED STATES OF AMERICA,

    Respondent

CRIM CASE NO. 3:00-cr-115 (JCH)

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(b)(1), __VINCENT WHITELEY__ hereby gives notice and (appealing party) appeals to the United States Court of Appeals for the Second Circuit from the following Judgment or Order (attach the Judgment or Order):

Decision of District Court (Hall, J.) denying Motion to Vacate Sentence.

2. The Judgment /Order in this action was entered on __February 10, 2006__
(date)

_____
Signature

Peter L. Truebner
**Print Name**

100 Prospect Street, S. Tower

Stamford, CT 06901
**Address**

Date: 2/16/06

(203) 323-4540
**Telephone Number**

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

**PETER L. TRUEBNER**
ATTORNEY AT LAW
100 PROSPECT STREET
SOUTH TOWER
STAMFORD, CONNECTICUT 06901

203-323-4540

FACSIMILE: 203-327-5466
EMAIL: ptruebner@aol.com

Re: U.S. v. Whiteley
DKT. No. 3:00-cr-115 (JCH)

Enclosed is Notice of Appeal in above matter from decision of Judge Hall dated 2/10/06 denying Whiteley's Motion To Vacate Sentence.

Since Whiteley has previously been granted permission To proceed in _forma pauperis_ and his status as an indigent person has not changed (he has been continuously in custody up to and including the present), I assume that the filing fee is waived.

Thank you for your cooperation.

Feb. 16, 2006

Peter L. Truebner