UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 FEB 22 P 2: 50
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| VINCENT WHITELEY<br>Petitioner | CRIMINAL NO.<br>3:00-cr-115 (JCH) |
| v. | |
| UNITED STATES OF AMERICA<br>Respondent | FEBRUARY 21, 2006 |

### DEFENDANT'S MOTION FOR ISSUANCE
### OF CERTIFICATE OF APPEALABILITY

VINCENT WHITELEY, Petitioner in the above-captioned matter, respectfully moves this Court for issuance of a Certificate of Appealability pursuant to Title 28 U.S.C. §2253 (c)(1) authorizing an appeal from the judgment of this Court dated February 10, 2006 denying his motion to vacate sentence pursuant to 28 U.S.C. §2255. In support thereof, defendant represents as follows:

1. On June 8, 2001, the Court sentenced Petitioner to a term of imprisonment of 96 months following his guilty plea to violation of 18 U.S.C. §1029(a)(2) and 18 U.S.C. §2. The sentence was affirmed on appeal.

2. Thereafter, in or about January 2003, Whiteley challenged the constitutionality of his sentence on grounds that his trial attorney had failed to render effective assistance of counsel in certain respects.

3. A hearing was held on January 31, 2006, after which the Court rendered its decision denying relief.

4. Petitioner filed a timely Notice of Appeal on February 17th and now seeks a Certificate of Appealability as required by §2253. He believes that the record of the hearing, taken as a whole, makes "a substantial showing of the denial of a constitutional right" within the meaning of 28 U.S.C. 2253 (c) (2),

particularly as it relates to the Court's conclusion that state court sentences imposed on the same day were not "related" within the holding of the Supreme Court in <u>Buford v. United States</u>, 532 U.S. 59 (2001) and Application Note 3 to §4 A1.2 of the Sentencing Guidelines.

WHEREFORE, Petitioner prays that his Motion for a Certificate of Appealability be granted in all respects.

Dated:   February 21, 2006
         Stamford, CT

                                          THE PETITIONER,
                                          VINCENT WHITELEY

                                  By:  _____
                                       Peter L. Truebner
                                       100 Prospect South (S. Tower)
                                       Stamford, CT  06901
                                       (203) 323-4540
                                       Attorney for Petitioner


### ORDER

The foregoing motion having been considered by the Court, it is hereby ORDERED Granted/Denied.

                                       _____
                                              U.S.D.J.

2

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion was mailed, postage prepaid, to James J. Finnerty, Esq., Assistant United States Attorney, United States Courthouse, 915 Lafayette Blvd., Bridgeport, Connecticut 06604 on the 21st day of February 2006.

Peter L. Truebner

3