

MANDATE

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**
**THURGOOD MARSHALL U.S. COURT HOUSE**
**40 FOLEY SQUARE**
**NEW YORK   10007**

Roseann B. MacKechnie
CLERK



| | |
|---|---|
| Date: | 7/19/06 |
| Docket Number: | 06-0813-pr |
| Short Title: | Whiteley v. USA |
| DC Docket Number: | 03-cv-159 |
| DC: | CONNECTICUT (NEW HAVEN) |
| DC Judge: | Honorable Janet Hall |

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of  New York, on the 19th of July,  two thousand six.

Vincent  Whiteley,

Petitioner-Appellant,

v.

USA,

Respondent-Appellee.

Petitioner having filed a Notice of Appeal from an order denying relief in an application brought under the provisions of 28 U.S.C. Section 2255, and it appearing that the District Court  denied petitioner`s Vincent Whiteley request for a Certificate of Appealability, the Court of Appeals construed the Notice of Appeal as a motion for Certificate of Appealability, requesting that petitioner Vincent Whiteley comply with this Court`s Local Rule 22(a), by submitting, within 21 days of the initial request,  a motion in support of a Certificate of Appealability in which petitioner identified each issue to be raised on appeal and  provided  facts  and  a brief statement of reasons showing that petitioner had been denied a constitutional  right.

Petitioner having failed  to comply with the Second Circuit Local Rule 22(a), it is **ORDERED** that petitioner`s request for a Certificate of Appealability is **DENIED** and **DISMISSED** with prejudice.  Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

Certified:

JUL 1 9 2006

For the Court,
Roseann B. MacKechnie, Clerk

By:
Deputy Clerk