# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. VINCENT WHITELEY                                    **Docket No.** 3:00CR00115(JCH)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Brian J. Topor, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Vincent Whiteley who was sentenced to 96 months' imprisonment for a violation of 18 U.S.C. §§ 1029(a)(2) and (c), Fraud in Connection with an Access Device, by the Honorable Janet C. Hall, U.S. District Judge, sitting in the court at Bridgeport on June 8, 2001, who fixed the period of supervision at three years which commenced on August 3, 2007, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as directed by the probation officer which may include testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all, or a portion of, the cost associated with treatment based on his ability to pay, in an amount to be determined by the probation office; 2) The defendant shall participate in mental health counseling, either inpatient or outpatient, as directed by the probation officer. The defendant shall pay all, or a portion of, the cost associated with treatment based on his ability to pay, in an amount to be determined by the probation office; 3) the defendant shall pay restitution in the amount of $54,516.00, jointly and severely with Nancy Whiteley, to victims to be identified, at the rate of $100 per month. Payments are to begin sixty days after the start of Supervised Release. The interest is waived; 4) the defendant shall incur no debt obligations and no credit relationships without the approval of the probation office; 5) the defendant shall provide access to all financial information to the probation office; and 6) the defendant shall be engaged in legal employment. Mr. Whiteley's supervised release is scheduled to terminate on August 2, 2010.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

Standard Condition No. 1: The defendant shall not commit another federal, state or local offense.

On November 20, 2007, Mr. Whiteley was arrested by the Fairfield Policed Department and charged with Illegal Use of a Credit Card, Larceny 3rd Degree (2 counts) and Interfering with an Officer. In addition, he was charged with the following motor vehicle violations: Misuse of Plates, Operating an Unregistered Motor Vehicle, Operating with a Suspended License and No insurance. Mr. Whiteley was released on a $75,000 surety bond. He is scheduled to appear in Superior Court, State of Connecticut, Bridgeport (GA-2) under Docket No.: CR-07-229023, on December 3, 2007.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this 30th day of November, 2007 and ordered filed and made a part of the records in the above case.

The Honorable Christopher F. Droney
United States District Judge

Sworn to By

Brian J. Topor
Senior United States Probation Officer

Place  Hartford, CT

Date  Nov. 30, 2007

Before me, the Honorable Christopher F. Droney United States District Judge, on this 30th day of November, 2007, at Hartford, Senior U.S. Probation Officer Brian J. Topor appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Christopher F. Droney
United States District Judge