UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| USA | : | |
| vs. | : | Case Number: 3:00-cr-115(JCH) |
| VINCENT WHITELEY | : | |

### APPOINTMENT OF THE FEDERAL PUBLIC DEFENDER'S OFFICE PURSUANT TO THE PROVISIONS OF THE CRIMINAL JUSTICE ACT OF 1964, AS AMENDED

The defendant has sworn under oath or affirmed as to his/her financial inability to employ counsel and has expressed the desire that counsel be provided by the Court to represent him/her, pursuant to the provisions of the Criminal Justice Act of 1964 as amended.

The office of the Federal Public Defender is appointed to represent the defendant and has been notified of this appointment. Counsel is directed to file an appearance on or before <u>December 7, 2007</u>.

Dated at Hartford, Connecticut, this 30th day of November, 2007.

/s/
Donna F. Martinez
United States Magistrate Judge