AO 458 (Rev. 11/98) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF    CONNECTICUT

UNITED STATES OF AMERICA

V. **APPEARANCE**

VINCENT WHITELEY

DOCKET NUMBER: 3:00-CR-00115(JCH)

To The Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

December 6,  2007                        /S/
DATED                                   SIGNATURE

RICHARD J. SCHECHTER
PRINT NAME

ASSISTANT UNITED STATES ATTORNEY
ct 24238
FEDERAL BAR NUMBER

United States Attorney's Office
915 Lafayette Boulevard Room 309
ADDRESS

Bridgeport, Connecticut   06604
CITY              STATE              ZIP CODE
203-696-3000
PHONE NUMBER

CERTIFICATION OF SERVICE

This is to certify that a copy of the within and foregoing was mailed to the following this 6TH day of December, 2007:

Terence S. Ward, Esq.
Federal Public Defender's Office
10 Columbus Blvd., 6th Floor
Hartford, CT 06106

/S/_____
RICHARD J. SCHECHTER
SENIOR LITIGATION COUNSEL