UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA :
v. :
VINCENT WHITELEY :

FILED
2008 JAN 23 P 2: 27

DOCKET NO. 3:00-CR-00115(JCH)

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Richard J. Schechter, Assistant United States Attorney for the District of Connecticut, and respectfully informs this Honorable Court:

1. On **Wednesday, February 6, 2008, at 2:00 p.m.**, there will come before this Court, at 915 Lafayette Boulevard, Bridgeport, Connecticut, the criminal case of <u>United States v. Vincent Whiteley</u>, Docket No. 3:00-CR-00115(JCH).

2. That the above named defendant, **VINCENT WHITELEY a/k/a VINCENT WHITELY, Inmate Number: 92329, Date of Birth: 04/13/1960**, is charged in violation of **Title 18, United States Code, Sections 3583(e)**.

3. That the said **VINCENT WHITELEY a/k/a VINCENT WHITELY, Inmate Number: 92329, Date of Birth: 04/13/1960** is now confined at the Garner Correctional Institution, Newtoen, Connecticut.

4. That the said **VINCENT WHITELEY a/k/a VINCENT WHITELY, Inmate Number: 92329, Date of Birth: 04/13/1960** would be presented before the United States District Court for the District of Connecticut at said time and place so said defendant may be prosecuted for said offenses, and from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden of the Garner Correctional Institution, Newtown, Connecticut and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said **VINCENT WHITELEY a/k/a VINCENT WHITELY, Inmate Number: 92329, Date of Birth: 04/13/1960 at 2:00 p.m. on Wednesday, February 6, 2008,** before the Honorable Janet C. Hall, United States District Judge, United States District Court, 915 Lafayette Boulevard, Bridgeport, Connecticut, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*/s/ Richard J. Schechter*

RICHARD J. SCHECHTER
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
915 Lafayette Boulevard  Room 309
Bridgeport, Connecticut 06604
(203) 696-3000
FEDERAL BAR NO. ct24238

STATE OF CONNECTICUT          :
                              : ss: BRIDGEPORT       JANUARY 23, 2008
COUNTY OF FAIRFIELD           :

Personally appeared before me, Richard J. Schechter, Assistant United States Attorney for the District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the content of the same, and that the same is true of his own knowledge, except as to such matters therein alleged on information and belief, and as to such matters, he believes them to be true.

_____
EDWARD STORCK
COMMISSIONER THE SUPERIOR COURT

DOCKET NO. 3:005CR00115(JCH)

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN OF GARNER CORRECTIONAL INSTITUTION, NEWTOWN, CONNECTICUT AND THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT OR ANY OF HIS PROPER DEPUTIES, G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of **VINCENT WHITELEY a/k/a VINCENT WHITELY, Inmate Number: 92329, Date of Birth: 04/13/1960**, now detained under your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said **VINCENT WHITELEY a/k/a VINCENT WHITELY, Inmate Number: 92329, Date of Birth: 04/13/1960**, before the Honorable Janet C. Hall, United States District Judge, United States District Court for the District of Connecticut, 915 Lafayette Boulevard, Bridgeport, Connecticut, on **February 6, 2008 at 2:00 p.m.**, and from time to time thereafter as the case may be adjourned to, at which time the United States of America will prosecute the said **VINCENT WHITELEY a/k/a VINCENT WHITELY, Inmate Number: 92329, Date of Birth: 04/13/1960** for **Title 18, United States Code, Sections 3583(e)**. Immediately after prosecution has been concluded, the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return the said **VINCENT WHITELEY a/k/a VINCENT WHITELY, Inmate Number: 92329, Date of Birth: 04/13/1960**, to the Warden of Garner Correctional Institution, Newtown, Connecticut under safe and secure conduct.

The following Writ is hereby allowed. Dated at Bridgeport, Connecticut this 23 day of January, 2008.

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE

ROBERTA D. TABORA
CLERK, U.S. DISTRICT COURT

DEPUTY CLERK
ATTEST:
ROBERTA D. TABORA
Clerk, U.S. District Court
By: _____
Deputy Clerk