# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. VINCENT WHITELEY

Docket No. 3:00CR00115(JCH)

## SECOND AMENDED PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Brian J. Topor, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Vincent Whiteley who was sentenced to 96 months' imprisonment for a violation of 18 U.S.C. §§ 1029(a)(2) and 1029(c), Fraud in Connection with an Access Device, by the Honorable Janet C. Hall, U.S. District Judge, sitting in the court at Bridgeport on June 8, 2001, who fixed the period of supervision at three years which commenced on August 3, 2007, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as directed by the probation officer which may include testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all, or a portion of, the costs associated with treatment based on his ability to pay, in an amount to be determined by the probation office; 2) The defendant shall participate in mental health counseling, either inpatient or outpatient, as directed by the probation officer. The defendant shall pay all, or a portion of, the costs associated with treatment based on his ability to pay, in an amount to be determined by the Probation Office; 3) The defendant shall pay restitution in the amount of $54,516.00, jointly and severely with Nancy Whiteley, to victims to be identified, at the rate of $100 per month. Payments are to begin 60 days after the start of Supervised Release. The interest is waived; 4) The defendant shall incur no debt obligations and no credit relationships without the approval of the Probation Office; 5) The defendant shall provide access to all financial information to the Probation Office; and 6) The defendant shall be engaged in legal employment. Mr. Whiteley's supervised release is scheduled to terminate on August 2, 2010.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

SEE ATTACHED

**PRAYING THAT THE COURT WILL ORDER** a warrant be issued to serve as a detainer with the period of supervision tolled.

### ORDER OF COURT

Considered and ordered this ___25th___ day January, of 2008, and ordered filed and made a part of the records in the above case.

_____
The Honorable Alvin W. Thompson
United States District Judge

Sworn to By

_____
Brian J. Topor
Senior United States Probation Officer

Place ___Hartford, CT___

Date ___January 25, 2008___

Before me, the Honorable Alvin W. Thompson, United States District Judge, on this ___25th___ day of January, 2008, at Hartford, Connecticut, Senior U.S. Probation Officer Brian J. Topor appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

_____
The Honorable Alvin W. Thompson
United States District Judge

Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

Standard Condition No. 1: The defendant shall not commit another federal, state or local offense.

On November 20, 2007, Mr. Whiteley was arrested by the Fairfield Police Department and charged with Illegal Use of a Credit Card, Larceny 3rd Degree (2 counts) and Interfering with an Officer. In addition, he was charged with the following motor vehicle violations: Misuse of Plates, Operating an Unregistered Motor Vehicle, Operating with a Suspended License and No Insurance. Mr. Whiteley was released on a $75,000 surety bond. He is scheduled to appear in Superior Court, State of Connecticut, Bridgeport (GA-2) under Docket No: CR-07-229023, on February 15, 2008.

On January 10, 2008, Mr. Whiteley was arrested by the Bristol Police Department on three separate warrants charging him under Docket No.: CR08-36582 with Intimidating a Witness, Breach of Peace 2nd Degree, Threatening and Risk of Injury. Docket No.: CR08-36580 charges him with Larceny 5th Degree and Criminal Mischief 3rd Degree. Docket No.: CR08-36581 charges him with Theft of Credit Card, Larceny 4th Degree and Criminal Mischief 2nd Degree. Mr. Whiteley is scheduled to appear in Superior Court, State of Connecticut, Bristol (GA-17) on February 11, 2008. Mr. Whiteley remains in State custody at the Gardner Correctional Institution, Newtown, Connecticut (Inmate No.: 92329) as he has not been able to post a $100,000 bond.

Standard Condition No. 10: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.

On November 26, 2007, Mr. Whiteley tested positive for the use of cocaine. On December 6, 2007, Mr. Whiteley met with the probation officer and admitted to having used cocaine the previous weekend with a female acquaintance.

PROB 19
(Rev. 1/82)

# United States District Court

for

### DISTRICT OF CONNECTICUT

U.S.A. vs Vincent Whiteley

Docket No. 0205-3:00CR00115(JCH)-001

TO:[1]  any United States Marshal or any authorized officer

---

**WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE**

You are hereby commanded to arrest the within-named subject and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court.

| NAME OF SUBJECT<br>Vincent Whiteley | SEX<br>Male | RACE<br>White | AGE<br>47 |
|---|---|---|---|

ADDRESS (STREET, CITY, STATE)
93 Rhonda Lane, Bristol, Connecticut

| SENTENCE IMPOSED BY (NAME OF COURT)<br>The Honorable Janet C. Hall, United States District Judge | DATE IMPOSED<br>06/08/2001 |
|---|---|

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)
U.S. District Court, Bridgeport, Connecticut

| CLERK<br>Roberta D. Tabora | (BY) DEPUTY CLERK<br>[signature] Mopla Blue | DATE<br>1/25/08 |
|---|---|---|

**RETURN**

| Warrant received and executed | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME | (BY) | DATE |

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal; or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

I Hereby certify that the foregoing document is a true copy of the original document on file.  1/25/08  ...ora

By [signature] Blue
   Deputy Clerk